UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC

SEP 03 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF ) | CASE NO. |
| ) | |
| ONE 2007 DODGE CHARGER, ) | 3:10 mj 147 |
| VIN 2B3LA73W97H894719, ) | |
| ) | |
| ONE 2008 SATURN, ) | |
| VIN 3GSCL53748S728732, ) | |
| ) | |
| ONE 2008 PORSCHE, ) | ORDER SEALING SEIZURE |
| VIN WP1AD29P78LAF71337, ) | WARRANT AFFIDAVIT AND |
| ) | APPLICATIONS |
| ONE 2008 MERCEDES, ) | |
| VIN 4JGBF86E38A380381, ) | |
| ) | |
| ONE 14K WHITE GOLD LADIES RING ) | |
| CONTAINING A 3.00 CT. ROUND ) | |
| BRILLIANT DIAMOND WHICH IS "H" ) | |
| IN COLOR AND "SI1" IN CLARITY ) | |
| AND FLANKED BY EIGHT FULL CUT ) | |
| ROUND BRILLIANT DIAMONDS ) | |
| WHICH HAVE A TOTAL WEIGHT OF ) | |
| APPROXIMATELY 1.10CT. ) | |
| ) | |

UPON MOTION of the United States of America, by and through Anne M Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Seizure Warrant Affidavit and Applications, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court.

**IT IS HEREBY ORDERED** that the Seizure Warrant Affidavit and Applications, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 3rd day of September, 2010.

DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE