# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10MJ147-DSC

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF<br><br>ONE 2007 DODGE CHARGER,<br>VIN 2B3LA73W97H894719,<br><br>ONE 2008 SATURN,<br>VIN 3GSCL53748S728732,<br><br>ONE 2008 PORSCHE,<br>VIN WP1AD29P78LAF71337,<br><br>ONE 2008 MERCEDES,<br>VIN 4JGBF86E38A380381,<br><br>ONE 14K WHITE GOLD LADIES RING CONTAINING A 3.00 CT. ROUND BRILLIANT DIAMOND WHICH IS "H" IN COLOR AND "SI1" IN CLARITY AND FLANKED BY EIGHT FULL CUT ROUND BRILLIANT DIAMONDS WHICH HAVE A TOTAL WEIGHT OF APPROXIMATELY 1.10 CT. | <u>ORDER</u> |

**UPON MOTION** of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Seizure Warrant Affidavit and Application numbered above be unsealed,

**IT IS HEREBY ORDERED** that the Seizure Warrant Affidavit and Application be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

**SO ORDERED**.

Signed: December 7, 2010

David S. Cayer
United States Magistrate Judge